In the United States District Court
Western District of Arkansas
_____ Division

John Alvin Fargis, Jr.
   -against-
Union County Sheriff Rickey Roberts,
Jail Administrator Captain Worley (Union County Jail)

Case No. 1:23-cv-01028-SOH-BAB

COMPLAINT
(Pro Se Prisoner)

Jury Demand?
☐ Yes
☒ No

## I. PLAINTIFF INFORMATION

John Alvin Fargis, Jr.  (Aliases) Smith
Union County Detention Center
250 American Road
El Dorado, Arkansas 71730

## II. Prisoner STATUS

Pretrial detainee and Petition to Revoke my probation for absconding and caught new charges when arrested.

## III. DEFENDANTS INFORMATION

Defendant 1: Sheriff Rickey Roberts and Captain Worley
Sheriff of Union County Jail
250 American Rd.
Union County, El Dorado, AR. 71730

page 1 of 4

## IV. STATEMENT OF CLAIMS

Claim Number 1:

Place of occurrence: Union County Jail El Dorado, Arkansas

Dates of occurrence: Aug. thru Nov., 2021 (74 days), Mar. thru June, 2022 (81 days) Oct. thru April, 2023 (180 days) total = 335 days

Name of Each Defendant Involved:
Union County Sherrif Rickey Roberts and Jail Administrator Captain Worley.

State which of your federal constitutional rights or federal statutory rights have been violated: 8th amendment right by putting inmates in a dangerous situation and not supplying a basic human need.

FACTS: Each time I've been locked-up here at Union County Jail I'm not issued a bunk not supplying a basic human need. I and other inmates once arriving at Union County Jail are given a mattress and thrown into a pod and told to find our own bunks putting us in danger because most all bunks are taken on the bottom and the Inmates claim the top bunks for their commissary racks making new inmates sleep on the floor by other inmates because the jail won't issue bunks to inmates making them fight for a place to sleep. Prison Issues you to a barrick with a Bunk # eliminating this problem. It's cruel and inhumane to put an inmate in that situation and danger.

Pg 2 of 4

With regard to claim 1, are you suing Defendant's in his/her both <u>Official</u> and <u>Individual</u> capacity.

If you are asserting an official capacity claim please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights:
By not issuing bunks supplying a basic human need putting inmates in danger by throwing them in a pod not knowing where they are going to lay their head and getting attacked if they try to sleep at the wrong spot making it cruel and inhumane.
What will a new dog do if you throw it in a pen already full of dogs without putting him in his own kennell? He's going to run to the fence away from the other dogs and get snapped at or bit each time he comes closer to the pack until finally one takes him in. That's exactly how it always is at Union County Jail that is run by the Sherrif. I exhausted the grievance system and on the final appeal the administrator still said we do not issue bunks you have to find one yourself!!!

V. RELIEF

Compensatory damages and punitive damages
Make the Sherrif start issuing bunks like the prisons do and pay me $100.00 a day for having to sleep on the floor trying to get up and down from the floor with arthritis in my right leg causing more pain and suffering that was unnessessary if I had a bunk.
$33,500.00 for 335 days on the floor in pain and pain

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state of federal court while a prisoner? yes 4

Have you brought any other lawsuits in state or federal court dealing with the same facts in this case? No

Number each different lawsuit

| | | |
|---|---|---|
| 1:23-cv-01024 | Fargis, Jr. -v- Gilbert | pending |
| 1:23-cv-01025 | Fargis, Jr. -v- Mitcham | pending |
| 6:23-cv-06032 | Fargis, Jr. -v- Director Alken | pending |
| 1:23-cv-61025 | Fargis, Jr. -v- Hopson | pending |

## VII PLAINTIFF'S Declaration AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that failure to keep a current address on file with the clerk's office shall result in the dismissal of my case

I declare under penalty of perjury (18 USC. § 1621) that the foregoing is true and correct.

April 10th, 2023
Dated

John A. Fargis Jr.
Plaintiff's Signature

John A. Fargis, Jr
Printed name

250 American Rd., El Dorado, AR 71730

John A. Fargis, Jr.
250 American Road
El Dorado, AR. 71730

Received WD/AR
APR 12 2023
U.S. Clerk's Office

This Mail Originated
From A Criminal
Justice Facility

LITTLE ROCK AR 720
10 APR 2023 PM 4 L



Pro Se Law Clerk Office
35 East Mountain Street, Suite 510
Fayetteville, AR. 72701

72701-535335

467